Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  19−32825−JKS
                                      Chapter:  13
                                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               2/13/20
Time:              08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 9, 2019
JAN: lc

                                                       Jeanne Naughton
                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Peter R Massey  
    Debtor

Case No. 19-32825-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Dec 09, 2019  
                            Form ID: 132        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
```
db              Peter R Massey,    1450 Palisade Ave,    Apt 4J,    Fort Lee, NJ   07024-5224
518607458       Deutsche Bank,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518607459      +EZ Pass,    Violations Processing Center,    PO Box 15186,    Albany, NY   12212-5186
518607460      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD   57104-4868
518607464       Palisades Terrace Condominium Assoc,    c/o Verde, Steinberg & Pontell, LLC Cour,    19 Main St,
                Hackensack, NJ   07601-7023
518607465       Shiel Medical Labs,    c/o Paul Michael Marketing,    15916 Union Tpke Ste 302,
                Flushing, NY   11366-1955
518607467       State of NJ Div of Taxation,    50 Barrack St,    Trenton, NJ   08608-2006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518607455       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 09 2019 23:56:53     Capital One Bank,
                c/o Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA   23502-4952
518607456       E-mail/Text: bankruptcynotices@dcicollect.com Dec 10 2019 00:01:41     Charter Communications,
                c/o Diversified Consultants,    10550 Deerwood Park Blvd Ste 309,
                Jacksonville, FL   32256-2805
518607457       E-mail/PDF: creditonebknotifications@resurgent.com Dec 09 2019 23:56:23     Credit One Bank,
                PO Box 60500,    City of Industry, CA   91716-0500
518607461       E-mail/Text: cio.bncmail@irs.gov Dec 10 2019 00:00:33     IRS,    955 S Springfield Ave,
                Springfield, NJ   07081-3570
518607462       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 10 2019 00:01:31     Jefferson Capital Systems,
                16 McLeland Rd,    Saint Cloud, MN   56303-2198
518607463       E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 00:01:07     Midland Funding,
                2365 Northside Dr # 300,    San Diego, CA   92108-2709
518607466       E-mail/Text: bankruptcynotices@dcicollect.com Dec 10 2019 00:01:41     Sprint,
                c/o Diversified Consultants,    10550 Deerwood Park Blvd Ste 309,
                Jacksonville, FL   32256-2805
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert L. Sweeney     on behalf of Debtor Peter R Massey rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```