Form 193 – ntccompayments

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−32825−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

**NOTICE TO DEBTOR AND DEBTOR'S COUNSEL**
**TO COMMENCE PAYMENTS PURSUANT TO 11 U.S.C. SECTION 1326**

     Pursuant to 11 U.S.C. Section 1326, all Chapter 13 debtors are ordered to commence payments pursuant to their proposed plan in compliance with the following schedule:

1. PAYMENTS TO TRUSTEE:

Payments to the Chapter 13 Standing trustee shall commence on the first day of the month immediately following the filing of the case and on the first day of each succeeding month. Payments shall be directed to the standing trustee at the following address:

                Marie−Ann Greenberg
                Chapter 13 Standing Trustee
                P.O. Box 520
                Memphis, TN 38101−0520

2. PAYMENTS TO SECURED PARTIES, INCLUDING MORTGAGEES:

If, in addition to payments to the Standing trustee, your proposed plan provides for regular payments to be made outside of your plan, you must pay the mortgagee on a monthly basis.
     EXAMPLE OF PARAGRAPHS ONE AND TWO

     Assume the debtor filed a Chapter 13 case on August 25, which proposes to pay the
     trustee $100.00 per month to cure arrears on a mortgage and to pay regular monthly
     payments to the mortgagee of $300.00 per month. Confirmation of the plan is scheduled
     to occur on December 30.

     Monthly payments of $100.00 per month must be paid to the standing trustee beginning
     September 1.  By December 30, the date of confirmation, you must have paid to the
     trustee 4 payments of $100 for a total of $400.  You must also have made 4 regular
     payments of $300 for a total of $1200 to the mortgagee.

(continued on back)

Payments must be made by money order or certified check.

Failure to make payments according to the above instructions may result in the plan not being confirmed and dismissal of the case.

Any questions concerning this matter should be directed to your attorney.

Dated: December 8, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter R Massey  
      Debtor

Case No. 19-32825-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 09, 2019  
                             Form ID: 193     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db          Peter R Massey,    1450 Palisade Ave,    Apt 4J,    Fort Lee, NJ    07024-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2019 at the address(es) listed below:  
NONE.      TOTAL: 0