Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−32825−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/6/19 and a confirmation hearing on such Plan has been scheduled for 3/26/20.

The debtor filed a Modified Plan on 3/4/20 and a confirmation hearing on the Modified Plan is scheduled for 4/9/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 5, 2020
JAN: lc

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter R Massey  
      Debtor

Case No. 19-32825-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Mar 05, 2020  
　　　　　　　　　　　　　Form ID: 186　　　　Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.

```
db              Peter R Massey,    1450 Palisade Ave,    Apt 4J,    Fort Lee, NJ   07024-5224
518607458       Deutsche Bank,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518607459      +EZ Pass,    Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
518607460      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
518721383      +NYS Thruway Authority,    200 Southern Blvd.,    PO Box 189,    Albany, NY 12201-0189
518607464       Palisades Terrace Condominium Assoc,    c/o Verde, Steinberg & Pontell, LLC Cour,    19 Main St,
                 Hackensack, NJ   07601-7023
518607465       Shiel Medical Labs,    c/o Paul Michael Marketing,    15916 Union Tpke Ste 302,
                 Flushing, NY   11366-1955
518607467       State of NJ Div of Taxation,    50 Barrack St,    Trenton, NJ   08608-2006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
518607455       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 01:38:38      Capital One Bank,
                 c/o Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA   23502-4952
518607456       E-mail/Text: bankruptcynotices@dcicollect.com Mar 06 2020 01:46:18      Charter Communications,
                 c/o Diversified Consultants,    10550 Deerwood Park Blvd Ste 309,
                 Jacksonville, FL   32256-2805
518607457       E-mail/PDF: creditonebknotifications@resurgent.com Mar 06 2020 01:39:51      Credit One Bank,
                 PO Box 60500,    City of Industry, CA   91716-0500
518628980       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2020 01:44:35      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518706910       E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2020 01:46:59
                 Deutsche Bank National Trust Company et. al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518607462       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2020 01:45:52      Jefferson Capital Systems,
                 16 McLeland Rd,    Saint Cloud, MN   56303-2198
518694833       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2020 01:45:52      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518714107       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 01:39:59      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518607463       E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 01:45:29      Midland Funding,
                 2365 Northside Dr # 300,    San Diego, CA   92108-2709
518699552      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 01:45:29      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518651913       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 01:39:49
                 Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,
                 Norfolk, VA 23541
518685232      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2020 01:45:52      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518607466       E-mail/Text: bankruptcynotices@dcicollect.com Mar 06 2020 01:46:18      Sprint,
                 c/o Diversified Consultants,    10550 Deerwood Park Blvd Ste 309,
                 Jacksonville, FL   32256-2805
                                                                                               TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518607461*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   IRS,    955 S Springfield Ave,    Springfield, NJ   07081-3570)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

```
District/off: 0312-2             User: admin              Page 2 of 2                  Date Rcvd: Mar 05, 2020
                                 Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert L. Sweeney    on behalf of Debtor Peter R Massey rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```