Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−32825−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 13, 2020.

   On 12/8/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                January 14, 2021
Time:               08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 9, 2020
JAN: mff

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 19-32825-JKS

Peter R Massey                                                                                     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                                          Page 1 of 2

Date Rcvd: Dec 09, 2020                      Form ID: 185                                  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Peter R Massey, 1450 Palisade Ave, Apt 4J, Fort Lee, NJ 07024-5224 |
| 518607458 | | Deutsche Bank, c/o KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518607459 | + | EZ Pass, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 518607460 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 518721383 | + | NYS Thruway Authority, 200 Southern Blvd., PO Box 189, Albany, NY 12201-0189 |
| 519016319 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 518607464 | | Palisades Terrace Condominium Assoc, c/o Verde, Steinberg & Pontell, LLC Cour, 19 Main St, Hackensack, NJ 07601-7023 |
| 518750752 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518607465 | | Shiel Medical Labs, c/o Paul Michael Marketing, 15916 Union Tpke Ste 302, Flushing, NY 11366-1955 |
| 518607467 | | State of NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2020 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2020 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518607455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 22:11:47 | Capital One Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518607456 | | Email/Text: bankruptcynotices@dcicollect.com | Dec 09 2020 21:29:00 | Charter Communications, c/o Diversified Consultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |
| 518607457 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2020 22:11:44 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518628980 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2020 21:27:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518706910 | | Email/Text: jennifer.chacon@spservicing.com | Dec 09 2020 21:29:00 | Deutsche Bank National Trust Company et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518607462 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2020 21:28:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518694833 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2020 21:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518714107 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 22:11:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-32825-JKS    Doc 36    Filed 12/11/20    Entered 12/12/20 00:17:36    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 185 | Total Noticed: 25 |

| 518607463 | Email/Text: bankruptcydpt@mcmcg.com | | |
|---|---|---|---|
| | | Dec 09 2020 21:28:00 | Midland Funding, 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 518699552 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 09 2020 21:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518651913 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 09 2020 22:12:43 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518685232 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 09 2020 21:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518607466 | Email/Text: bankruptcynotices@dcicollect.com | | |
| | | Dec 09 2020 21:29:00 | Sprint, c/o Diversified Consultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518607461 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 955 S Springfield Ave, Springfield, NJ 07081-3570 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert L. Sweeney | on behalf of Debtor Peter R Massey rsweeneylaw@aol.com G6120@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4