Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−32825−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/12/21 at 10:00 AM

to consider and act upon the following:

**59** – Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: : 1450 Palisade Avenue Unit 4J, Fort Lee NJ 07024. Fee Amount $ 188. filed by Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al..., 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al.... Objection deadline is 07/14/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**60** – Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: : 1450 Palisade Avenue Unit 4J, Fort Lee NJ 07024. Fee Amount $ 188. filed by Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al..., 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al.... Objection deadline is 07/14/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al...) filed by Robert L. Sweeney on behalf of Peter R Massey. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 7/12/21

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court