UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. Sweeney, Esq.; RS-1174
141 Main Street, 2nd Floor
Hackensack, NJ  07601
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com

In Re:

Peter R. Massey
Debtor

Case No.: 19-32825-JKS

Chapter: 13

Judge: Hon. Sherwood

## CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

**Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

_____Robert L. Sweeney_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

☐ Prosecution of motion on behalf of debtor.                                    $500.00

    Nature of motion: _____

    Hearing date(s): _____

☑ Defense of motion on behalf of debtor (Including filing                        $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion: *Motion for Relief from Stay*

    Hearing date(s): *1/14/21*

☐ Additional court appearance(s). (Not to exceed three).                         $100.00

    Purpose: _____

    Hearing date(s): _____

☑ Filing and appearance on a modified Chapter 13 Plan.                           $300.00

☐ Preparation of Wage Order                                                      $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H               $100.00
    or List of Creditors

☐ Preparation and filing of other amended schedules                              $100.00

☐ Preparation and filing of Application for Retention of Professional            $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy          $100.00

2

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:  __4,500.00__

   To date, I have received:  __4,500.00__

3. I seek compensation for services rendered in the amount of $ __700__ payable:

   ☑ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☑ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:    $ _____ per month for _____ months.

   Proposed Plan:   $ _____ per month for _____ months.

3

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: 8/22/2021

/s/ Robert L. Sweeney
Signature

*rev. 8/1/15*