

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Sweeney, Esq.; RS-1174
141 Main Street, 2nd Floor
Hackensack, NJ  07601
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com

**Order Filed on September 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter R. Massey
            Debtor

Case No.:   19 - 32825 - JKS

Chapter:            13

Judge:   Hon. Sherwood

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert L Sweeney_____, the applicant, is allowed a fee of $_____700_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____700_____ . The allowance is payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

Modified plan that was confirmed in Feb '21 including these fees.

*rev.8/1/15*

2