Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−32825−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter R Massey
   1450 Palisade Ave
   Apt 4J
   Fort Lee, NJ 07024−5224

Social Security No.:
   xxx−xx−9990

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2021
JAN: zlh

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32825-JKS |
| Peter R Massey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 27, 2021 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Peter R Massey, 1450 Palisade Ave, Apt 4J, Fort Lee, NJ 07024-5224 |
| 518607458 | | Deutsche Bank, c/o KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518706910 | | Deutsche Bank National Trust Company et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518607459 | + | EZ Pass, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 518721383 | + | NYS Thruway Authority, 200 Southern Blvd., PO Box 189, Albany, NY 12201-0189 |
| 519016319 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 518607464 | | Palisades Terrace Condominium Assoc, c/o Verde, Steinberg & Pontell, LLC Cour, 19 Main St, Hackensack, NJ 07601-7023 |
| 518750752 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518607465 | | Shiel Medical Labs, c/o Paul Michael Marketing, 15916 Union Tpke Ste 302, Flushing, NY 11366-1955 |
| 518607467 | | State of NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518607455 | | EDI: PRA.COM | Sep 28 2021 00:33:00 | Capital One Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518607456 | | EDI: DCI.COM | Sep 28 2021 00:33:00 | Charter Communications, c/o Diversified Consultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |
| 518607457 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 20:43:27 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518628980 | | EDI: IRS.COM | Sep 28 2021 00:33:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518607460 | + | EDI: AMINFOFP.COM | Sep 28 2021 00:33:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 518607462 | | EDI: JEFFERSONCAP.COM | Sep 28 2021 00:33:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518694833 | | EDI: JEFFERSONCAP.COM | Sep 28 2021 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518714107 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 20:43:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518607463 | | EDI: MID8.COM | | |

Case 19-32825-JKS    Doc 71    Filed 09/29/21    Entered 09/30/21 00:10:52    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 148 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 28 2021 00:33:00 | Midland Funding, 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 518699552 | + | EDI: MID8.COM | | |
| | | | Sep 28 2021 00:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518651913 | | EDI: PRA.COM | | |
| | | | Sep 28 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518685232 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Sep 28 2021 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518607466 | | EDI: DCI.COM | | |
| | | | Sep 28 2021 00:33:00 | Sprint, c/o Diversified Consultants, 10550 Deerwood Park Blvd Ste 309, Jacksonville, FL 32256-2805 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518607461 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 955 S Springfield Ave, Springfield, NJ 07081-3570 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com |
| Robert L. Sweeney | on behalf of Debtor Peter R Massey rsweeneylaw@aol.com G6120@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5